## COOK v. UNITED STATES.

No. 1233, Misc.   Decided June 17, 1968.

*Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is reversed. *Sanders* v. *United States,* 373 U. S. 1.

MR. JUSTICE BLACK, MR. JUSTICE HARLAN, and MR. JUSTICE STEWART dissent and would deny certiorari.

## HEARD ET AL. v. RIZZO ET AL.

No. 1530, Misc.   Decided June 17, 1968.*

*Lois G. Forer* for appellants in No. 1530, Misc.   *William Kunstler* for appellants in No. 1662, Misc.

PER CURIAM.

The motion to affirm is granted and the judgments are affirmed.

---

*Together with No. 1662, Misc., *Traylor et al.* v. *Rizzo et al.,* also on appeal from the same court.